UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

v.                                                                    NOTICE OF
                                                                      APPEARANCE

                                                                      07 MJ 1315

QIANG YU

------------------------------------------------------------------X

TO:  THE CLERK OF THE COURT

PLEASE TAKE NOTICE that I have been retained to represent the above-captioned defendant.  I was admitted to practice in this District in April, 1987

Dated:  New York, NY
        September 12, 2007

                                                                      Joel S. Cohen (JC6998)
                                                                      11 East Broadway
                                                                      New York, NY 10038
                                                                      Tel:  212-571-8899
                                                                      Fax:  212-571-9557
                                                                      Email: jcesq99@aol.com